**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NORTH DAKOTA**

| | |
|---|---|
| Troy Aftem and Steven Lawson, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Empire Petroleum Corporation, )<br>)<br>Defendant. ) | **ORDER FOR MID-DISCOVERY**<br>**STATUS CONFERENCE**<br><br><br><br><br>Case No. 1:24-cv-113 |

**IT IS ORDERED**:

A mid-discovery status conference will be held on October 15, 2024, at 11:00 AM before the magistrate judge by telephone. To participate in the conference, the parties shall call (877) 810-9415 and enter access code 8992581. The conference may be recorded for the convenience of the court.

Dated this 10th day of July, 2024.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court